UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC HERMAN,

        Plaintiff,

                                      Case No. 1:13-cv-20

v.

                                      HON. JANET T. NEFF

SEMPRIS, LLC, et al.,

        Defendants.
_____/

## ORDER

        Pending before the Court is Defendants Sempris, LLC and E. Mishan & Sons, Inc.'s Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint (Dkt 69).  The Court having reviewed the motion,

        **IT IS HEREBY ORDERED** that Defendants Sempris, LLC and E. Mishan & Sons, Inc.'s Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint (Dkt 69) is GRANTED.  Defendants Sempris, LLC and E. Mishan & Sons, Inc. shall file an answer or otherwise plead to the first amended complaint within twenty-one (21) days of the Judicial Panel on Multidistrict Litigation's decision on Defendant Sempris, LLC's petition for multidistrict treatment.


Dated: November 4, 2013                           /s/ Janet T. Neff
                                                            JANET T. NEFF
                                                             United States District Judge