UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:13-cv-20 | 8/14/14 | 2:36 PM - 3:55 PM | Grand Rapids | Janet T. Neff |

### CASE CAPTION

| Plaintiff: | Defendants: |
|---|---|
| Eric Herman | Sempris, LLC, et al. |

### APPEARANCES

| Attorneys: | Representing: |
|---|---|
| Steven Lezell Woodrow | Plaintiff |
| David J. Gass<br>Matthew R. Devine<br>David Jimenez-Ekman | Defendant Sempris, LLC |
| Mark T. Ostrowski<br>Scott Wing | Defendant E. Mishan & Sons, Inc. |
| Richard W. Epstein | Defendant Quality Resources, Inc. |

### PROCEEDINGS

**NATURE OF HEARING:** Pre-Motion Conference held concerning Dkts 100, 101, 102; Order to issue.

Court Reporter: Kathy Anderson
Clerk: Kathleen Geiger-King