UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ERIC HERMAN,

     Plaintiff,

v.

SEMPRIS, LLC , et al.,

     Defendants.

_____/

Hon. Janet T. Neff

Case No. 1:13-cv-00020

At the continued hearing of Plaintiff Herman's Motion to Compel Discovery Responses from Defendant E. Mishan & Sons, Inc. (Dkt. 110), set for October 28, 2014 before Magistrate Judge Ellen S. Carmody:

1. Scott Wing and E. Mishan shall appear personally.

2. Three days before the continued hearing, plaintiff's counsel shall file a status report regarding the status of:

    a. outstanding discovery that is the subject of plaintiff's motion to compel;

    b. ESI protocols; and

    c. the parties' agreement/disagreement regarding consolidation of discovery with Northern District of Illinois Case No. 1:13-cv-06938, *Daniell v. Sempris, LLC, et al.*

IT IS SO ORDERED.

Date:  September 18, 2014

           /s/ Ellen S. Carmody
           ELLEN S. CARMODY
           U.S. Magistrate Judge